RECEIVED
IN LAKE CHARLES, LA.

MAY 14 2014

TONY R. MO___, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MARSHA AVERY | * | CIVIL ACTION NO. 2:12-CV-1337 |
| Plaintiff | * | |
| V. | * | |
| | * | JUDGE MINALDI |
| MICHAEL J. ASTRUE, COMMISSIONER OFF SOCIAL SECURITY | * | |
| Defendant | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

Considering the plaintiff's Motion to Submit Persuasive Authority [Doc. 21],

**IT IS ORDERED** that the Motion [Doc. 21] be and hereby is **GRANTED**. The authorities submitted by the plaintiff were duly considered by the court in reaching the instant disposition.

For the reasons stated in the Report and Recommendation [Doc. 19] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the Commissioner's decision be and hereby is **AFFIRMED**, and the above-captioned matter is hereby **DISMISSED, WITH PREJUDICE**.

Lake Charles, Louisiana, this 12 day of _____May_____, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE